**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

MAGDA AGUIRRE,

                                    Plaintiff,                           26-CV-04725 (DEH)(SN)

                   -against-                                          **ORDER**

CATHOLIC CHARITIES COMMUNITY
SERVICES, et al.,

                                    **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On June 11, 2026, the Honorable Dale E. Ho referred this case to my docket for general pretrial supervision and dispositive motions. Defendants removed this action from New York Supreme Court on June 4, 2026. Prior to removal, Defendants accepted service of the Summons with Notice, waived any defense of insufficient service of process, demanded service of the complaint pursuant to CPLR 3012(b), and stipulated that Plaintiff would file the complaint within 45 days of May 7, 2026, with Defendants to answer, move, or otherwise respond within 45 days after the complaint is filed.

Accordingly, Plaintiff shall file the complaint on the docket by June 22, 2026. Defendants shall answer, or otherwise respond, to the complaint within 45 days after the complaint is filed.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      June 12, 2026
            New York, New York