USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/11/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**----------------------------------------------------------------X**

**MAGDA AGUIRRE,**

**Plaintiff,**

**-against-**

**CATHOLIC CHARITIES COMMUNITY SERVICES, et al.,**

**Defendants.**

**----------------------------------------------------------------X**

**26-CV-04725 (DEH)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On July 6, 2026, Plaintiff filed her Complaint against Defendants Catholic Charities Community Services, Archdiocese of New York ("Catholic Charities"), Joy Jasper, and Navin Singh. See ECF No. 9. Although Catholic Charities and Jasper have waived any defense for insufficient service of process, ECF No. 1, Ex. B, Singh has not yet appeared or otherwise answered.

Plaintiff is ORDERED to file a letter by Wednesday, September 23, 2026, indicating whether Plaintiff served Singh when the case was pending in state court. If not, Plaintiff shall file a Request for Issuance of an Electronic Summons, promptly serve Singh, and file proof of service. If Plaintiff has served Singh, Plaintiff shall file proof of service and advise the Court whether she has had any communication with Singh regarding this case.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: September 11, 2026
New York, New York